# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2025

*The Court of Appeals hereby passes the following order*

**A26D0051. CHRISTOPHER EUGENE BUTLER v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

17CR037



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, September 15, 2025.

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Christina Cooley Smith* , *Clerk.*